FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 JAN 12 PM 1:34

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>$40,118.00 IN UNITED STATES )<br>CURRENCY, )<br>)<br>Defendant. ) | 8:05CV412<br><br>ORDER |

NOW ON THIS 12th day of January, 2006, this matter comes on before the Court upon the Stipulation of the parties (Filing No 13). The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds as follows:

1. $5,000.00 of the Defendant property should be returned to the Claimant, Mark Medlock, by delivering the same to the trust account of his attorney of record, James E. Schaefer.

2. Pursuant to this Court's Order dated August 29, 2005 (Filing No. 6), the United States Marshal for the District of Nebraska ("Marshal") has published notice of his intent to dispose of the property in such a manner as the Attorney General may direct. An Affidavit of Publication was filed herein on November 4, 2005 (Filing No. 10). In response to said published notice, no person or entity has filed a Petition setting forth any legal or equitable interest in the Defendant property.

3. The balance of the Defendant property, viz., $35,118.00, should be forfeited to the United States.

4. The parties' Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation is hereby approved.

B. $5,000.00 of the Defendant property shall be returned to the Claimant, Mark Medlock, by delivering the same to his attorney of record, James E. Schaefer. The Marshal shall deliver said amount by making payment to James E. Schaefer's Trust Account.

C. Pursuant to this Court's Order dated August 29, 2005 (Filing No. 6), the Marshal has published notice of his intent to dispose of the property in such a manner as the Attorney General may direct. An Affidavit of Publication was filed herein on November 4, 2005 (Filing No. 10). No person or entity has filed a Petition, in response to said published notice, setting forth any legal or equitable interest in the subject property.

D. The remaining Defendant property, viz., $35,118.00 in United States Currency, is hereby forfeited to the United States. All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed.

E. The Marshal shall dispose of said $35,118.00 in United States Currency in accordance with law.

F. Upon Mr. Schaefer's receipt of the $5,000.00 in United States Currency, as mentioned above, he shall file a Receipt for

said amount. Upon the filing of said Receipt, this Court shall enter a Judgment in this action.

Dated 1/12/06

BY THE COURT:

_____
LYLE E. STROM
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

Nancy A. Svoboda  (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700


Approved as to form and content:

$40,118.00 IN UNITED STATES
CURRENCY, Defendant, and
MARK MEDLOCK, Claimant

By: _____
JAMES E. SCHAEFER (#13667)
Attorney at Law
1001 Farnam St., 3rd Flr.
Omaha, Nebraska 68102
(402) 341-0700

3